**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7241**

---

JERZY WRONKA,

                                        Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, District Judge.  (CR-92-288-MU, CA-96-71-MU)

---

Submitted:  November 18, 1997        Decided:  December 18, 1997

---

Before WIDENER, MURNAGHAN, and NIEMEYER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James William Reilley, Arlington Heights, Illinois, for Appellant. Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Appellant's motion to file a pro se supplemental brief, deny his motion for leave to proceed in forma pauperis, and affirm on the reasoning of the district court. Wronka v. United States, Nos. CR-92-288-MU; CA-96-71-MU (W.D.N.C. June 25, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2